UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ERIK DAVIDSON,

      Plaintiff,      07 Civ. 7109 (DAB)

  -against-

               **STIPULATION**

SUPERINTENDENT SAVAGE, et al.,

      Defendants.
-----------------------------------------------------------x

  IT IS HEREBY Stipulated and agreed, by and between the attorneys for the respective parties hereto, that, pursuant to 28 U.S.C. §1391, 28 U.S.C. §1404 and 28 U.S.C. §1406, the above-captioned matter be transferred to the Western District of New York, subject to the approval of the Court.

  Pursuant to agreement of the parties, the Court has previously granted defendants until November 19, 2007 in which to answer or otherwise respond to the Complaint.

Dated: New York, New York
   October 26, 2006

ANDREW M. CUOMO        ANDREW STOLL, ESQ.
Attorney General of the State of New York  STOLL, GLICKMAN & BELLINA LLP
Attorney for Defendants        Attorney for Plaintiff
120 Broadway, 24th Floor       71 Nevins Street
New York, New York 10271      Brooklyn, New York 11217
Phone: (212) 416-6185        Phone: (718) 852-3710
Fax: (212) 416-6075         Fax: (718) 852-3586

By: _____     By: _____
  JEB HARBEN, Assistant Attorney General  ANDREW STOLL (AS 8808)
  JH 0412

IT IS SO ORDERED:        ENTER:

Dated: New York, New York
   _____, 2007      _____
                HONORABLE DEBORAH A. BATTS
                United States District Judge



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

Division of State Counsel
Litigation Bureau

(212) 416-6185

**By Hand**

November 1, 2007

The Honorable Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1581

Re: Davidson v. Savage, 07 Civ. 7109 (DAB)

Dear Judge Batts:

  I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York. My office represents the defendants in this Section 1983 action who have sought representation under Public Officers Law § 17.

  As per prior correspondence, enclosed for your review is a courtesy copy of the fully executed stipulation in the above matter by which the parties agree to the transfer of venue to the Western District of New York. I am filing the stipulation via ECF.

  I apologize that this was not sent to you earlier, but I have been out of the office the last two days.

Respectfully submitted,

Jeb Harben
Assistant Attorney General

Enc. (Via ECF)
cc: Andrew Stoll, Esq. (Via Facsimile (718) 852-3586)