COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ERIK DAVIDSON,

                Plaintiff,                07 Civ. 7109 (DAB)

-against-

                                              STIPULATION

SUPERINTENDENT SAVAGE, et al.,

                Defendants.
-------------------------------------------------------x

IT IS HEREBY Stipulated and agreed, by and between the attorneys for the respective parties hereto, that, pursuant to 28 U.S.C. §1391, 28 U.S.C. §1404 and 28 U.S.C. §1406, the above-captioned matter be transferred to the Western District of New York, subject to the approval of the Court.

Pursuant to agreement of the parties, the Court has previously granted defendants until November 19, 2007 in which to answer or otherwise respond to the Complaint.

Dated: New York, New York
       October 26, 2006

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for Defendants
120 Broadway, 24th Floor
New York, New York 10271
Phone: (212) 416-6185
Fax: (212) 416-6075

By: _____
   JEB HARBEN, Assistant Attorney General
   JH 0712

IT IS SO ORDERED:

Dated: New York, New York
      November 7, 2007

ANDREW STOLL, ESQ.
STOLL, GLICKMAN & BELLINA LLP
Attorney for Plaintiff
71 Nevins Street
Brooklyn, New York 11217
Phone: (718) 852-3710
Fax: (718) 852-3586

By: _____
   ANDREW STOLL (AS 8208)

ENTER:

_Deborah A. Batts_
HONORABLE DEBORAH A. BATTS
United States District Judge